# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEVEN WARNER, | Case No. 3:19-cv-00095 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| GREENE COUNTY JAIL STAFF, *et al.*, | **DECISION AND ENTRY** |
| Defendants. | |

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on May 1, 2019 (Doc. #9) is ADOPTED in full;

2. Plaintiff's Complaint and Amended Complaint is dismissed under 28 U.S.C. § 1915(e)(2) and § 1915A(b)(2); and

3. The case is terminated on the Court's docket.

May 23, 2019                                    *s/Thomas M. Rose

                                                Thomas M. Rose
                                                United States District Judge